Edward B. Zahn, for appellants; Charles R. Barrett, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

## Ruth Schuessler, Appellant, v. Charles J. Wollin, Appellee.

### Gen. No. 44,812.

Max Raphael and Clarence K. Graves, for appellant; Marks & Marks, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

## In re Estate of Sarah Hart, Deceased.

## John Hart, Appellant, v. Charles J. Reilly and Marie Manzke, Executors of Estate of Sarah Hart, Deceased, Appellees.

### Gen. No. 44,951.